IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02211-BNB

EDWARD HENRY COLEMAN,

    Plaintiff,

v.

BUREAU OF PRISONS,
FCC FLORENCE LEGAL DEPARTMENT,
C. DANIELS, Warden,
W. HUTCHINGS, U.S.P. Captain,
LT. McKINNY, S.I.S., and
MS. HILDE, S.I.S. Tech,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 18 2010

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff, Edward Henry Coleman, is a prisoner in the custody of the Federal Bureau of Prisons (BOP) who currently is incarcerated at the United States Penitentiary in Florence, Colorado. He initiated this action by filing a "Petition for Injunction and Temporary Restraining Order" and a "Brief in Support of TRO/Preliminary Injunction" with the Court on August 30, 2010.

In an order filed on September 9, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Coleman to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Coleman was directed to submit a Prisoner Complaint on the Court-approved form. Mr. Coleman was also directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form and a certified copy of his prisoner's trust fund statement for the 6-month period immediately

preceding the filing. He was informed that the § 1915 motion and affidavit was only necessary if the $350.00 filing fee was not paid in advance. The September 9 order warned Mr. Coleman that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

On October 5, 2010, Mr. Coleman filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in addition to a certified copy of his inmate account statement. Mr. Coleman, however, has failed to file a Prisoner Complaint on the court-approved form as directed by the September 9 Order. Therefore, Mr. Coleman has failed within the time allowed to cure the designated deficiencies. Accordingly, it is

ORDERED that the action dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Edward Henry Coleman, to comply with the order to cure dated September 9, 2010. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __18th__ day of __October__, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02211-BNB

Edward Henry Coleman
Reg No. 29790-112
US Penitentiary Florence
P.O. Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/18/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk